UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE RIVERA,

               Plaintiff,

-against-

METROPOLITAN TRANSPORTATION AUTHORITY; FIRE DEPARTMENT; NEW YORK CITY BOARD OF EDUCATION; CITY OF NEW YORK; NATIONAL GUARD; STATE OF NEW YORK,

               Defendants.

19-CV-10037 (CM)

ORDER OF DISMISSAL

---

COLLEEN McMAHON, Chief United States District Judge:

By order dated November 1, 2019, the Court directed Plaintiff, within thirty days, to submit a completed and signed request to proceed *in forma pauperis* (IFP) and prisoner authorization or pay the $400.00 in fees required to file a civil action.[1] That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not complied with the Court's November 1, 2019 order. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.

---

[1] After a search of the New York City Department of Correction records revealed that Plaintiff was detained in a different facility, on December 10, 2019, the Clerk of Court remailed the November 1, 2019 order to Plaintiff.

*Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    January 15, 2020
            New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge