UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE RIVERA,

                Plaintiff,

-against-

METROPOLITAN TRANSPORTATION AUTHORITY; FIRE DEPARTMENT; NEW YORK CITY BOARD OF EDUCATION; CITY OF NEW YORK; NATIONAL GUARD; STATE OF NEW YORK,

                Defendants.

19-CV-10037 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 15, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* and prisoner authorization or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 15, 2020
          New York, New York

                                              COLLEEN McMAHON
                                              Chief United States District Judge